# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CENTRAK, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | **NO. 25-3478** |
| **v.** | : | |
| | : | |
| **COMMURE, INC.,** *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 1st day of December 2025, upon consideration of the parties' *joint status report*, (ECF 36), advising this Court of their continued settlement negotiations, it is hereby **ORDERED** that within twenty-one (21) days of the date of this Order, the parties are to submit a joint status report addressing their settlement negotiations.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*