**IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CENTRAK, INC.,

        *Plaintiff,*

   v.

COMMURE, INC., PETER RODRIGUES,
TODD STEWART, CHRISTINE SEI, &
ANTHONY FIERRO

        *Defendants.*

CASE NO. 2:25-cv-03478

## STIPULATION OF SETTLEMENT AND DISMISSAL

It is hereby STIPULATED and AGREED by all parties to the above-entitled action, by and through their undersigned counsel, that all claims and defenses in this matter have been resolved by agreement and settled, and thus, they are hereby DISMISSED WITH PREJUDICE.

Respectfully Submitted,

**SPECTOR GADON ROSEN VINCI, P.C.**

By: */s/ Zachary C. Glaser*
Zachary C. Glaser, Esq.
Adam A. Filbert, Esq.
*Counsel for Plaintiff*

**LITTLER MENDELSON PC**

By: */s/ Walter Pfeffer*
Neil Cave, Esq.
Walter Pfeffer, Esq.
Tanner McCarron, Esq.
*Counsel for Defendants,*
*Commure, Inc., Peter Rodrigues,*
*Todd Stewart, Christine Sei &*
*Anthony Fierro*

Dated: December 22, 2025