**IN THE UNITED STATES COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CENTRAK, INC.,

               *Plaintiff,*

    v.

COMMURE, INC., PETER RODRIGUES,
TODD STEWART, CHRISTINE SEI, &
ANTHONY FIERRO

               *Defendants.*

CASE NO. 2:25-cv-03478

## CERTIFICATE OF SERVICE

I, Zachary C. Glaser, hereby certify that a true and correct copy of the foregoing

Stipulation of Settlement and Dismissal, was served via ECF Filing upon all counsel of record in

this case, this December 22, 2025.

          By: */s/ Zachary C. Glaser*
              Zachary C. Glaser, Esq.
              *Counsel for Plaintiff*

Dated: December 22, 2025